190 So.2d 231

**COMMERCIAL CREDIT PLAN, INC.**

v.

**Mrs. H. W. PERRY.**

No. 48316.

Oct. 5, 1966.

In re: Commercial Credit Plan, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 186 So.2d 900.

Writ refused. It does not appear that the Court of Appeal has abused its discretion. See Art. 3506 C.C.P. and comments thereunder; also Brawley v. Montgomery, La.App., 177 So.2d 317.

190 So.2d 231

**Mrs. Antoine MICHEL**

v.

**Phillias GUILLOT et al.**

No. 48317.

Oct. 5, 1966.

In re: Boh Bros. Construction Co., Inc., Reynolds Wicker and The Travelers In-

surance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Assumption. 186 So.2d 889.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.